**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Case No: 8:17-bk-02178-MGW
Chapter 13

In Re:

LARRY L. WILLIAMS
TRACEY ANN WILLIAMS

_____ /

**REPORT OF UNCLAIMED FUNDS**

After making distributions of monies received in this case, the Chapter 13 Standing Trustee states that all checks issued prior to December 5, 2017, have cleared with exception of the following:

| Check Number | Amount | Claimant Name & Address |
|---|---|---|
| 111787 | $2,117.82 | Larry L. & Tracey Ann Williams<br>c/o David Singha, P.A.<br>P.O. Box 56424<br>St. Petersburg, FL  33732 |

Pursuant to the provisions of 11 U.S.C. Section 347, the Trustee submits these funds totaling $2,117.82 Chapter 13for this case, which is payable to Clerk, U.S. Bankruptcy Court/Court Registry.

Dated:  January 11, 2018.

/s/ Kelly Remick
Kelly Remick
Chapter 13 Standing Trustee
P.O. Box 6099
Sun City Center, FL 33571-6099
Phone (813) 658-1165
Fax (813) 658-1166

Cc: Clerk, U.S. Bankruptcy Court/Court Registry